Exhibit 1

DOA
06-13-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 25- 9232 mJ |
| v. | ) | |
| | ) | |
| ERIC L. ROBINSON, | ) | CAUSE NO. 1:25-cr-       -01 |
| JONHY CHACON-HERNANDEZ, | ) | -02 |
|     a/k/a Peter, | ) | |
| GENARO TAPIA, | ) | -03 |
| JESUS MANUEL CERVANTES, | ) | -04 |
| MONTE D. SCRUGGS, | ) | -05 |
| JOSHUA P. SHEEHY, | ) | -06 |
|     a/k/a Fat Cat, | ) | |
| HEATHER A. HILL, | ) | -07 |
| RICHARD N. IRWIN, II, | ) | -08 |
| WILLIAM COX, | ) | -09 |
| MICHAEL P. BRANDENBURG, | ) | -10 |
|     a/k/a Mikey the Meth Dealer, | ) | |
| ELIUD CHAVEZ-DELGADO, | ) | -11 |
|     a/k/a Emilio, | ) | |
| THEODORE SWEAT, | ) | -12 |
| ANDREA CLAYTON, | ) | -13 |
| JEREMIHA DAILEY, | ) | -14 |
| AARON MOONEY, | ) | -15 |
| HIROHITO CAUSEWAY, | ) | -16 |
| MICHAEL GRAHAM, | ) | -17 |
| LAWRENCE DAVIS, | ) | -18 |
| TIMOTHY L. BARNES, | ) | -19 |
| CORY J. ALCORN, and | ) | -20 |
| KRISTI ZEHNER-BLADES, | ) | -21 |
| | ) | |
| Defendants. | ) | |

## **INDICTMENT**

## **COUNT ONE**

**[Conspiracy to Distribute Controlled Substances – 21 U.S.C. § 846]**

The Grand Jury charges that:

From on or about March 2024 through June 11, 2025, in the Southern District of Indiana, Indianapolis Division, and elsewhere, ERIC L. ROBINSON, JONHY CHACON-HERNANDEZ, GENARO TAPIA, JESUS MANUEL CERVANTES, MONTE D. SCRUGGS, JOSHUA P. SHEEHY, a/k/a Fat Cat, HEATHER A. HILL, RICHARD N. IRWIN, II, WILLIAM COX, MICHAEL P. BRANDENBURG, a/k/a Mikey the Meth Dealer, ELIUD CHAVEZ-DELGADO, THEODORE SWEAT, ANDREA CLAYTON, JEREMIHA DAILEY, AARON MOONEY, HIROHITO CAUSEWAY, MICHAEL GRAHAM, LAWRENCE DAVIS, TIMOTHY L. BARNES, and CORY J. ALCORN did knowingly and intentionally conspire together and with other persons, known and unknown to the Grand Jury, to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## **OBJECTS OF THE CONSPIRACY**

The charged conspiracy had the following objects:

1. The distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic controlled substance.

2. The distribution of 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II, Narcotic controlled substance.

3. The distribution of 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I, Narcotic controlled substance.

4. The distribution of 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride ("powder cocaine"), a Schedule II, Narcotic controlled substance.

5. The distribution of 28 grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II, Narcotic controlled substance.

6. The distribution of Alprazolam ("Xanax") tablets, a Schedule IV, Non-Narcotic controlled substance.

**MANNER AND MEANS**

The charged conspiracy operated in the following manner:

1. ERIC L. ROBINSON ("ROBINSON"), a resident of Indianapolis, Indiana was the leader of a drug trafficking organization that distributed methamphetamine, fentanyl, heroin, powder cocaine, crack cocaine, and Xanax in the Indianapolis area. ROBINSON stored and distributed controlled substances from residences located at 4454 Greenmeadow Circle, Indianapolis, Indiana, 11140 East 46th Street, Indianapolis, Indiana, and 2132 St. Clifford Drive, Indianapolis, Indiana.

2. JONHY CHACON-HERNANDEZ ("CHACON-HERNANDEZ"), a resident of Phoenix, Arizona, supplied ROBINSON with methamphetamine, fentanyl, heroin, and powder cocaine.

3. GENARO TAPIA ("TAPIA") assisted CHACON-HERNANDEZ with the transportation of controlled substances to ROBINSON in Indianapolis and the collection of drug proceeds from ROBINSON.

4. JESUS MANUEL CERVANTES, a resident of Elsa, Texas, supplied ROBINSON with powder cocaine, fentanyl, and Xanax.

5. MONTE D. SCRUGGS ("SCRUGGS"), a resident of Indianapolis, distributed powder cocaine for ROBINSON and served as an alternate source of fentanyl for ROBINSON.

6. JOSHUA P. SHEEHY ("SHEEHY"), a resident of Indianapolis, distributed methamphetamine for ROBINSON and served as an alternate source of cocaine for ROBINSON.

7. HEATHER A. HILL ("HILL") and RICHARD N. IRWIN, II ("IRWIN"), residents of Indianapolis, transported controlled substances from Louisville to Indianapolis for ROBINSON. HILL and IRWIN also distributed heroin for ROBINSON.

8. WILLIAM COX ("COX"), a resident of Indianapolis, distributed powder cocaine for ROBINSON.

9. MICHAEL P. BRANDENBURG ("BRANDENBURG"), a resident of Indianapolis, distributed methamphetamine, fentanyl, heroin, and powder cocaine for ROBINSON.

10. ELIUD CHAVEZ-DELGADO ("CHAVEZ-DELGADO"), a resident of Indianapolis, distributed powder cocaine for ROBINSON.

11. THEODORE SWEAT ("SWEAT") and ANDREA CLAYTON ("CLAYTON"), residents of Indianapolis, distributed methamphetamine and heroin for ROBINSON.

12. JEREMIHA DAILEY ("DAILEY"), a resident of Indianapolis, distributed methamphetamine, heroin, and powder cocaine for ROBINSON.

13. AARON MOONEY ("MOONEY") and HIROHITO CAUSEWAY ("CAUSEWAY"), residents of Bowling Green, Kentucky, distributed methamphetamine, heroin, and powder cocaine for DAILEY.

14. MICHAEL GRAHAM ("GRAHAM"), a resident of Indianapolis, obtained powder cocaine from ROBINSON, cooked some of the powder cocaine into crack cocaine, and distributed the cocaine.

15. LARRY DAVIS ("DAVIS") a resident of Indianapolis, obtained powder cocaine from ROBINSON and COX, cooked the powder cocaine into crack cocaine, and distributed the crack cocaine.

16. TIMOTHY L. BARNES ("BARNES"), a resident of Indianapolis, distributed methamphetamine for ROBINSON.

17. CORY J. ALCORN ("ALCORN"), a resident of Bedford, Indiana, distributed methamphetamine for BARNES.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to distribute controlled substances, the members of the conspiracy did commit, among others, the following overt acts:

1. On October 31, 2024, ROBINSON delivered approximately one ounce of methamphetamine to a confidential informant ("Individual #1"). The transaction occurred at 4454 Greenmeadow Circle in Indianapolis.

2. On November 6, 2024, ROBINSON delivered approximately one ounce of methamphetamine to Individual #1. The transaction occurred at 4454 Greenmeadow Circle.

3. On March 13, 2025, ROBINSON delivered approximately four and one-half ounces of powder cocaine to BRANDENBURG for redistribution. The transaction occurred at 4454 Greenmeadow Circle.

4. On March 13, 2025, ROBINSON delivered approximately eight ounces of methamphetamine to SHEEHY for redistribution. The transaction occurred at 4454 Greenmeadow Circle.

5. On March 18 and 19, 2025, ROBINSON delivered approximately 15 grams of fentanyl and 7 grams of heroin to BRANDENBURG for redistribution. BRANDENBURG paid ROBINSON $975 in currency and 30 Adderall pills in return. The transaction occurred at 4454 Greenmeadow Circle.

6. On March 20, 2025, ROBINSON delivered approximately two ounces of methamphetamine to SWEAT for redistribution. The transaction occurred at 4454 Greenmeadow Circle.

7. On March 25, 2025, ROBINSON delivered approximately one ounce of powder cocaine to SCRUGGS for redistribution. The transaction occurred at 4454 Greenmeadow Circle.

8. On April 1, 2025, ROBINSON delivered approximately three ounces of heroin to HILL and CLAYTON for redistribution to SWEAT. The transaction between ROBINSON and HILL and CLAYTON occurred at 4454 Greenmeadow Circle. CLAYTON subsequently delivered the three ounces of heroin to SWEAT at 1520 North Grant Street in Indianapolis.

9. On April 1, 2025, ROBINSON delivered approximately one ounce of powder cocaine for redistribution and approximately $50 worth of cocaine for personal use to CHAVEZ-DELGADO. The transaction occurred at 4105 Downes Drive in Indianapolis.

10. On April 3, 2025, ROBINSON delivered $700 worth of heroin to IRWIN for redistribution. The transaction occurred at 4454 Greenmeadow Circle.

11. On April 3, 2025, SCRUGGS delivered approximately one ounce of fentanyl to ROBINSON for redistribution. The transaction occurred at 4454 Greenmeadow Circle.

12. On April 4, 2025, ROBINSON delivered approximately four ounces of powder cocaine and three bottles of Xanax to BRANDENBURG for redistribution. The transaction occurred at 4454 Greenmeadow Circle.

13. On April 14, 2025, ROBINSON delivered approximately three pounds of methamphetamine, one ounce of powder cocaine, and one-eighth

ounce of heroin to JEREMIHA DAILEY. The transaction occurred at 4454 Greenmeadow Circle.

14. On April 14, 2025, DAILEY delivered approximately three pounds of methamphetamine, one ounce of powder cocaine, one-eighth ounce of heroin, and approximately 100 fentanyl pills to MOONEY and CAUSEWAY. The transaction occurred at 5926 Harsin Lane in Indianapolis.

15. On April 17, 2025, CHACON and TAPIA coordinated the delivery of approximately 100 pounds of methamphetamine to ROBINSON. The methamphetamine was concealed inside of a blue Subaru Legacy which was taken to the location of the delivery on a flatbed truck. The transaction occurred at 11140 East 46th Street in Indianapolis.

16. On May 1, 2025, ROBINSON delivered approximately nine ounces of powder cocaine to COX for redistribution. The transaction occurred at 4416 Aristocrat Lane in Indianapolis.

17. On or about May 1, 2025, COX delivered at least three ounces of powder cocaine to DAVIS for redistribution. DAVIS attempted to cook the powder cocaine into crack cocaine for redistribution.

18. On May 5, 2025, ROBINSON delivered approximately 17 grams of powder cocaine to GRAHAM. GRAHAM cooked the powder cocaine into crack cocaine for redistribution. The transaction occurred at 5271 Traditions Drive in Indiana.

19. On May 6, 2025, ROBINSON delivered approximately 4.5 pounds of methamphetamine to SHEEHY for redistribution. The transaction occurred at 7832 Wolfgang Place in Indianapolis.

20. On May 9, 2025, SHEEHY delivered approximately two kilograms of powder cocaine to ROBINSON for redistribution. The transaction occurred at 7832 Wolfgang Place in Indianapolis.

21. On May 11 and May 12, 2025, CERVANTES transported approximately one and one quarter kilogram of powder cocaine and 25 bottles of Xanax pills from Elsa, Texas to Indianapolis.

22. On May 15, 2025, TAPIA collected approximately $70,000 in currency from ROBINSON at 11140 East 46th Street. The currency had been stored inside of the door panels of the blue Subaru Legacy. TAPIA transported the door panels and the currency to 2901 West Muhammad Ali Boulevard in Louisville.

23. On May 17, 2025, TAPIA possessed approximately $11,000 in currency in the St. Louis, Missouri area. TAPIA was attempting to transport the currency from Louisville to Phoenix for delivery to CHACON.

24. On May 21, 2025, TAPIA possessed approximately one kilogram of powder cocaine, 150 grams of fentanyl pills, 44 grams of heroin, 26.2 grams of crack cocaine, digital scales, and two car doors which had been removed from the blue Subaru Legacy in Indianapolis at 2901 West Muhammad Ali Boulevard, Louisville, Kentucky.

25. On May 30, 2025, ROBINSON delivered approximately one pound of methamphetamine to BARNES for redistribution. The transaction occurred at 11140 East 46th Street.

26. On May 30, 2025, BARNES delivered approximately one-half pound of methamphetamine to ALCORN for redistribution. The transaction occurred at 3849 North Richardt Avenue in Indianapolis.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**[Unlawful Use of Communication Facility – 21 U.S.C. § 843(b)]**

The Grand Jury further charges that:

On or about June 2, 2025, within the Southern District of Indiana, Indianapolis Division, ERIC L. ROBINSON and KRISTI ZEHNER-BLADES did knowingly and intentionally use a communication facility in facilitating the commission of an act constituting a felony under the Controlled Substances Act; to-wit, ROBINSON and ZEHNER-BLADES communicated via cellular telephone and discussed a drug transaction during which ROBINSON provided ZEHNER-BLADES with approximately five grams of heroin for redistribution, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

1.  The allegations in Count One of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendants notice of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2.  If convicted of the offense set forth in Count One of this Indictment, ERIC L. ROBINSON, JONHY CHACON-HERNANDEZ, GENARO TAPIA, JESUS MANUEL CERVANTES, MONTE D. SCRUGGS, JOSHUA P. SHEEHY, a/k/a Fat Cat, HEATHER A. HILL, RICHARD N. IRWIN, II, WILLIAM COX, MICHAEL P. BRANDENBURG, a/k/a Mikey the Meth Dealer, ELIUD CHAVEZ-DELGADO, a/k/a Emilio, THEODORE SWEAT, ANDREA CLAYTON, JEREMIHA DAILEY, AARON MOONEY, HIROHITO CAUSEWAY, MICHAEL GRAHAM, LAWRENCE DAVIS, TIMOTHY L. BARNES, and CORY J. ALCORN shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offenses of which he or she is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses of which he or she is convicted.

3.  The property subject to forfeiture to the United States pursuant to Title 21, United Stats Code, Section 853 specifically includes the following real property: (A) real property located at 4454 Greenmeadow Circle, Indianapolis,

11

Indiana and (B) real property located at 11140 East 46th Street, Indianapolis, Indiana.

    4.    If convicted of the offense set forth in Count One of this Indictment, ERIC L. ROBINSON, JONHY CHACON-HERNANDEZ, GENARO TAPIA, JESUS MANUEL CERVANTES, MONTE D. SCRUGGS, JOSHUA P. SHEEHY, a/k/a Fat Cat, HEATHER A. HILL, RICHARD N. IRWIN, II, WILLIAM COX, MICHAEL P. BRANDENBURG, a/k/a Mikey the Meth Dealer, ELIUD CHAVEZ-DELGADO, a/k/a Emilio, THEODORE SWEAT, ANDREA CLAYTON, JEREMIHA DAILEY, AARON MOONEY, HIROHITO CAUSEWAY, MICHAEL GRAHAM, LAWRENCE DAVIS, TIMOTHY L. BARNES, and CORY J. ALCORN shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any of the offenses of which he or she is convicted.

                                      A TRUE BILL:

                                      FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Bradley A. Blackington
Assistant United States Attorney

Case 2:25-mj-09232-ESW    Document 1    Filed 06/13/25    Page 13 of 14
Case 1:25-cr-00119-JPH-MKK *SEALED*    Document 13    Filed 06/11/25    Page 1 of 2
PageID #: 38

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JONHY CHACON-HERNANDEZ, a/k/a Peter (-02)<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:25-cr-119-JPH-MKK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jonhy Chacon-Hernandez                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846

Date: 6/11/2025

CLERK OF COURT, Kristine L. Seufert

BY: *[signature]* Deputy Clerk

City and state:  Indianapolis, Indiana

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                       _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        _____<br>                                                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>GENARO TAPIA (-03)<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:25-cr-119-JPH-MKK |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Genaro Tapia,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846

Date:   6/11/2025

CLERK OF COURT, Kristine L. Seufert

BY: _[signature]_
    Deputy Clerk

City and state:   Indianapolis, Indiana

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. <br><br>Date: _____                                                      _____<br>                                                                              _Arresting officer's signature_<br><br>                                                                              _____<br>                                                                              _Printed name and title_ |